JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>AQUATIC SALES SOLUTIONS LLC, a Delaware entity d/b/a WWW.BULKREEFSUPPLY.COM,<br><br>Defendants. | Case No. 2:23-cv-05198-CAS-Ex<br>Assigned to Judge Christina A. Snyder<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed: June 5, 2023<br>Removed: June 30, 2023 |

The Court, having considered the parties' Joint Motion for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the Complaint in the above-entitled action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorneys' fees.

Dated: September 10, 2024

*Christina A. Snyder*

The Honorable Christina A. Snyder
Judge of the United States District Court

- 2 -

CERTIFICATE OF SERVICE

Case No.: 2:23-cv-05198-CAS-E